Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 12 PM 12: 58
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

CARY A. JARDIN,
　　　　　　　　Plaintiff,

vs

DATALLEGRO, INC. and STUART O. FROST,
　　　　　　　　Defendants.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1462 IEG RBB

TO: (Name and Address of Defendant)

　　YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Randall J. Baron
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92191　　　　619/231-1058

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMER

AUG 1 2 2008
DATE

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)