ORIGINAL

```
 1  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  DARREN J. ROBBINS (168593)
    RANDALL J. BARON (150796)
 3  A. RICK ATWOOD, JR. (156529)
    655 West Broadway, Suite 1900
 4  San Diego, CA  92101
    Telephone: 619/231-1058
 5  619/231-7423 (fax)
    darrenr@csgrr.com
 6  randyb@csgrr.com
    ricka@csgrr.com
 7       – and –
    JOHN C. HERMAN
 8  RYAN K. WALSH
    JOSEPH BENZ III
 9  JASON S. JACKSON
    3424 Peachtree Road, N.E.
10  Suite 1650
    Atlanta, GA  30326
11  Telephone:  404/504-6500
    404/504-6501 (fax)
12  jherman@csgrr.com
    rwalsh@csgrr.com
13  jbenz@csgrr.com
    jjackson@csgrr.com
14
    Attorneys for Plaintiff
15
```

FILED

2008 AUG 12  PM 12: 56

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNH _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY A. JARDIN,<br><br>        Plaintiff,<br><br>vs.<br><br>DATALLEGRO, INC. and STUART O. FROST,<br><br>        Defendants. | No.  '08 CV 1462 IEG RBB<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO LOCAL RULE 40.2 |



1  Pursuant to Civil L.R. 40.2, the undersigned certified that as of this date, other than the
2  named parties, there is no such interest to report.

ATTORNEYS OF RECORD FOR PLAINTIFF
CARY A. JARDIN August 12, 2008

S:\CptDraft\IP (Patent)\Not Jardin.doc