# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY A. JARDIN,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>DATALLEGRO, INC. and STUART FROST,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 08-CV-1462-IEG-RBB<br><br>ORDER REQUIRING RESPONSE TO MOTION FOR PRESERVATION OF EVIDENCE |

Plaintiff Cary A. Jardin has filed a motion for the preservation of evidence in this case. Upon review of the papers, the matter is appropriate for disposition by the Court and not by the magistrate judge. Accordingly, the Court vacates the hearing previously set before Magistrate Judge Brooks.

The Court hereby ORDERS defendants to file a response by the close of business on **Wednesday, August 27, 2008.** Plaintiff shall ensure defendants receive this Order and the moving papers by **Noon on Monday, August 25, 2008.** The Court will take the matter under submission and decide it without oral argument pursuant to Local Rule 7.1(d)(1) unless otherwise ordered.

DATED: August 22, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　IRMA E. GONZALEZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

IT IS SO ORDERED.

- 1 -　　　　　　　　　　　　　　　　　　　　　　　　　08cv1462