1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DARREN J. ROBBINS (168593)
   RANDALL J. BARON (150796)
3  A. RICK ATWOOD, JR. (156529)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   darrenr@csgrr.com
6  randyb@csgrr.com
   ricka@csgrr.com
7       – and –
   JOHN C. HERMAN
8  RYAN K. WALSH
   JOSEPH BENZ III
9  JASON S. JACKSON
   3424 Peachtree Road, N.E.
10 Suite 1650
   Atlanta, GA  30326
11 Telephone:  404/504-6500
   404/504-6501 (fax)
12 jherman@csgrr.com
   rwalsh@csgrr.com
13 jbenz@csgrr.com
   jjackson@csgrr.com
14
   Attorneys for Plaintiff
15
                    UNITED STATES DISTRICT COURT
16
                  SOUTHERN DISTRICT OF CALIFORNIA
17

|  |  |  |
|---|---|---|
| CARY A. JARDIN, | ) | No. 08-CV-1462-IEG-RBB |
|  | ) |  |
| Plaintiff, | ) | PROOF OF SERVICE |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| DATALLEGRO, INC. and STUART FROST, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Randall J. Baron, Esq., Bar #150796<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone No: 619-231-1058        FAX No: 619-231-7423 | | | | | |

| Attorney for: Plaintiff | | Ref. No. or File No.: |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:

United States District Court - Southern District Of California

Plaintiff: Cary A. Jardin

Defendant: Datallegro, Inc., et al.

| PROOF OF SERVICE<br>Summons/Complaint | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV1462IEGRBB |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Notice of Party with Financial Interest

3. *a. Party served:*              Datallegro, Inc.
   *b. Person served:*             Greg Williams, Agent for Service of Process

4. *Address where the party was served:*     85 Enterprise, 2nd Floor
                                             Aliso Viejo, CA 92656

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 12, 2008 (2) at: 5:25PM

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Donald L. Niemeyer                     d. *The Fee for Service was:*
   **b. Class Action Research & Litigation**  e. I am: (3) registered California process server
      P O Box 740                                  *(i)*   Independent Contractor
      Penryn, CA 95663                             *(ii)*  *Registration No.:*    PSC 1374
   c. (866) 663-9590, FAX (866) 663-4955           *(iii)* *County:*             Orange

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Aug. 13, 2008

Judicial Council Form                     PROOF OF SERVICE                     (Donald L. Niemeyer)
Rule 982.9.(a)&(b) Rev January 1, 2007    Summons/Complaint                                          rabar.103858