COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS (168593)
RANDALL J. BARON (150796)
A. RICK ATWOOD, JR. (156529)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
randyb@csgrr.com
ricka@csgrr.com
         – and –
JOHN C. HERMAN
RYAN K. WALSH
JOSEPH BENZ III
JASON S. JACKSON
3424 Peachtree Road, N.E.
Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
jherman@csgrr.com
rwalsh@csgrr.com
jbenz@csgrr.com
jjackson@csgrr.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY A. JARDIN,  ) | No. 08-CV-1462-IEG-RBB |
| ) | |
| Plaintiff,  ) | PROOF OF SERVICE |
| ) | |
| vs.  ) | |
| ) | |
| DATALLEGRO, INC. and STUART FROST,  ) | |
| ) | |
| Defendants.  ) | |

| *Attorney or Party without Attorney:*<br>Randall J. Baron, Esq., Bar #150796<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>*Telephone No:* 619-231-1058   *FAX No:* 619-231-7423 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of California | |
| *Plaintiff:* Cary A. Jardin<br>*Defendant:* Datallegro, Inc., et al. | |

| **PROOF OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV1462IEGRBB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Notice of Party with Financial Interest

3. a. *Party served:*          Stuart O. Frost
   b. *Person served:*         Stuart O. Frost, Personally

4. *Address where the party was served:*    30 High Bluff
                                             Laguna Niguel, CA 92677

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Aug. 13, 2008 (2) at: 9:30PM

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Donald L. Niemeyer                       d. *The Fee for Service was:*
   b. **Class Action Research & Litigation**   e. I am: (3) registered California process server
      P O Box 740                                     (i)   Independent Contractor
      Penryn, CA 95663                                (ii)  Registration No.:    PSC 1374
   c. (866) 663-9590, FAX (866) 663-4955              (iii) County:              Orange

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, Aug. 14, 2008

                                                                                (Donald L. Niemeyer)

| **Judicial Council Form**<br>**Rule 982.9.(a)&(b) Rev January 1, 2007** | PROOF OF SERVICE<br>Summons/Complaint | *rabar.103859* |
|---|---|---|