1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DARREN J. ROBBINS (168593)
   RANDALL J. BARON (150796)
3  A. RICK ATWOOD, JR. (156529)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   darrenr@csgrr.com
6  randyb@csgrr.com
   ricka@csgrr.com
7        – and –
   JOHN C. HERMAN
8  RYAN K. WALSH
   JOSEPH BENZ III
9  JASON S. JACKSON
   3424 Peachtree Road, N.E.
10 Suite 1650
   Atlanta, GA  30326
11 Telephone:  404/504-6500
   404/504-6501 (fax)
12 jherman@csgrr.com
   rwalsh@csgrr.com
13 jbenz@csgrr.com
   jjackson@csgrr.com
14
   Attorneys for Plaintiff
15
                        UNITED STATES DISTRICT COURT
16
                        SOUTHERN DISTRICT OF CALIFORNIA
17
   CARY A. JARDIN,                    )   No. 08-CV-1462-IEG-RBB
18                                     )
                   Plaintiff,          )   AMENDED CERTIFICATE OF SERVICE
19                                     )
        vs.                            )
20                                     )
   DATALLEGRO, INC. and STUART FROST,  )
21                                     )
                   Defendants.         )
22 _____ )

23

24

25

26

27

28

1                          DECLARATION OF SERVICE BY MAIL

2          I, the undersigned, declare:

3          1.        That declarant is and was, at all times herein mentioned, a citizen of the United States

4    and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested

5    party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San

6    Diego, California 92101.

7          2.        That on August 22, 2008, I caused my assistant, Alison K. Sloan, to serve the

8    NOTICE OF MOTION FOR THE PRESERVATION OF EVIDENCE, PLAINTIFF'S MOTION

9    FOR THE PRESERVATION OF EVIDENCE, MEMORANDUM OF POINTS AND

10   AUTHORITIES IN SUPPORT OF MOTION TO APPROVE ORDER FOR THE PRESERVATION

11   OF DOCUMENTS AND ELECTRONIC EVIDENCE and DECLARATION OF JOHN C.

12   HERMAN by depositing a true copy thereof in a United States mailbox at San Diego, California in a

13   sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached

14   Service List.

15         3.        That there is a regular communication by mail between the place of mailing and the

16   places so addressed.

17         I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th

18   day of August, 2008, at San Diego, California.

19
                                                            s/ A. Rick Atwood, Jr.
20                                              _____
                                                            A. RICK ATWOOD, JR.

21

22
     S:\CasesSD\Jardin_Datallegro IP\MIS00053609-Amd COS.doc
23

24

25

26

27

28

AMENDED CERTIFICATE                    - 1 -                    08-CV-1462-IEG-RBB
OF SERVICE

JARDIN-DATALLEGRO IP

Service List - 8/25/2008     (08-0158)

Page 1 of  1

## Counsel For Defendant(s)

Michael A. Attanasio
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA  92121
  858/550-6000
  858/550-6420 (Fax)

William S. Galliani
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109
  650/494-7622
  650/857-0663 (Fax)

## Counsel For Plaintiff(s)

John C. Herman
Ryan K. Walsh
E. Joseph  Benz III
Coughlin Stoia Geller Rudman & Robbins LLP
3424 Peachtree Street, N.E., Suite 1650
Atlanta, GA  30326
  404/504-6500
  404/504-6501 (Fax)

Darren J. Robbins
Randall J. Baron
A. Rick Atwood
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)