1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DARREN J. ROBBINS (168593)
   RANDALL J. BARON (150796)
3  A. RICK ATWOOD, JR. (156529)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   darrenr@csgrr.com
6  randyb@csgrr.com
   ricka@csgrr.com
7          – and –
   JOHN C. HERMAN
8  RYAN K. WALSH
   JOSEPH BENZ III
9  JASON S. JACKSON
   3424 Peachtree Road, N.E.
10 Suite 1650
   Atlanta, GA  30326
11 Telephone:  404/504-6500
   404/504-6501 (fax)
12 jherman@csgrr.com
   rwalsh@csgrr.com
13 jbenz@csgrr.com
   jjackson@csgrr.com
14
   Attorneys for Plaintiff
15
                        UNITED STATES DISTRICT COURT
16
                       SOUTHERN DISTRICT OF CALIFORNIA
17
   CARY A. JARDIN,                    )  No. 08-CV-1462-IEG-RBB
18                                    )
                       Plaintiff,     )  AMENDED CERTIFICATE OF SERVICE
19                                    )
        vs.                           )
20                                    )
   DATALLEGRO, INC. and STUART FROST, )
21                                    )
                       Defendants.    )
22 _____)

23

24

25

26

27

28

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on August 22, 2008, I caused my assistant, Alison K. Sloan, to serve the FIRST AMENDED VERIFIED COMPLAINT FOR VIOLATION OF 35 U.S.C. §101, ET SEQ. by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August, 2008, at San Diego, California.

                                                s/ A. Rick Atwood, Jr.
                                                A. RICK ATWOOD, JR.

S:\CasesSD\Jardin_Datallegro IP\MIS00053609-Amd COS.doc

AMENDED CERTIFICATE OF SERVICE       - 1 -       08-CV-1462-IEG-RBB

JARDIN-DATALLEGRO IP

Service List - 8/25/2008   (08-0158)

Page 1 of 1

### Counsel For Defendant(s)

Michael A. Attanasio
Cooley Godward Kronish LLP
4401 Eastgate Mall
San Diego, CA  92121
   858/550-6000
   858/550-6420 (Fax)

William S. Galliani
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2109
   650/494-7622
   650/857-0663 (Fax)

### Counsel For Plaintiff(s)

John C. Herman
Ryan K. Walsh
E. Joseph Benz III
Coughlin Stoia Geller Rudman & Robbins LLP
3424 Peachtree Street, N.E., Suite 1650
Atlanta, GA  30326
   404/504-6500
   404/504-6501 (Fax)

Darren J. Robbins
Randall J. Baron
A. Rick Atwood
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)