1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  DARREN J. ROBBINS (168593)
   RANDALL J. BARON (150796)
3  A. RICK ATWOOD, JR. (156529)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   darrenr@csgrr.com
6  randyb@csgrr.com
   ricka@csgrr.com
7         – and –
   JOHN C. HERMAN
8  RYAN K. WALSH
   JOSEPH BENZ III
9  JASON S. JACKSON
   3424 Peachtree Road, N.E.
10 Suite 1650
   Atlanta, GA  30326
11 Telephone:  404/504-6500
   404/504-6501 (fax)
12 jherman@csgrr.com
   rwalsh@csgrr.com
13 jbenz@csgrr.com
   jjackson@csgrr.com
14
   Attorneys for Plaintiff

15

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARY A. JARDIN, | ) | No. 08-CV-1462-IEG-RBB |
| | ) | |
| Plaintiff, | ) | CORRECTED AMENDED CERTIFICATE |
| | ) | OF SERVICE |
| vs. | ) | |
| | ) | |
| DATALLEGRO, INC. and STUART FROST, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on August 22, 2008, I caused my assistant, Alison K. Sloan, to serve the FIRST AMENDED VERIFIED COMPLAINT FOR VIOLATION OF 35 U.S.C. §101, ET SEQ. by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August, 2008, at San Diego, California.

                                                s/ A. Rick Atwood, Jr.
                                                A. RICK ATWOOD, JR.

S:\CasesSD\Jardin_Datallegro IP\MIS00053609-Corrected Amd COS.doc

JARDIN-DATALLEGRO IP

Service List - 8/22/2008    (08-0158)

Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Greg Williams | Stuart Frost |
| General Counsel | Pro Per |
| Datallegro, Inc. | 30 High Bluff |
| 85 Enterprise, 2nd Floor | Laguna Niguel, CA 92656 |
| Aliso Viejo, CA 92656 | |

**Counsel For Plaintiff(s)**

| | |
|---|---|
| John C. Herman | Darren J. Robbins |
| Ryan K. Walsh | Randall J. Baron |
| E. Joseph Benz III | A. Rick Atwood |
| Coughlin Stoia Geller Rudman & Robbins LLP | Coughlin Stoia Geller Rudman & Robbins LLP |
| 3424 Peachtree Street, N.E., Suite 1650 | 655 West Broadway, Suite 1900 |
| Atlanta, GA 30326 | San Diego, CA 92101 |
| 404/504-6500 | 619/231-1058 |
| 404/504-6501 (Fax) | 619/231-7423 (Fax) |