```
 1  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  DARREN J. ROBBINS (168593)
    RANDALL J. BARON (150796)
 3  A. RICK ATWOOD, JR. (156529)
    655 West Broadway, Suite 1900
 4  San Diego, CA  92101
    Telephone:  619/231-1058
 5  619/231-7423 (fax)
    darrenr@csgrr.com
 6  randyb@csgrr.com
    ricka@csgrr.com
 7         – and –
    JOHN C. HERMAN
 8  RYAN K. WALSH
    JOSEPH BENZ III
 9  JASON S. JACKSON
    3424 Peachtree Road, N.E.
10  Suite 1650
    Atlanta, GA  30326
11  Telephone:  404/504-6500
    404/504-6501 (fax)
12  jherman@csgrr.com
    rwalsh@csgrr.com
13  jbenz@csgrr.com
    jjackson@csgrr.com
14
    Attorneys for Plaintiff
15
                              UNITED STATES DISTRICT COURT
16
                             SOUTHERN DISTRICT OF CALIFORNIA
17
    CARY A. JARDIN,                    )  No. 08-CV-1462-IEG-RBB
18                                     )
                        Plaintiff,     )  CORRECTED AMENDED CERTIFICATE
19                                     )  OF SERVICE
          vs.                          )
20                                     )
    DATALLEGRO, INC. and STUART FROST, )
21                                     )
                        Defendants.    )
22  _____  )
23
24
25
26
27
28
```

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on August 22, 2008, I caused my assistant, Alison K. Sloan, to serve the NOTICE OF MOTION FOR THE PRESERVATION OF EVIDENCE, PLAINTIFF'S MOTION FOR THE PRESERVATION OF EVIDENCE, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO APPROVE ORDER FOR THE PRESERVATION OF DOCUMENTS AND ELECTRONIC EVIDENCE and DECLARATION OF JOHN C. HERMAN by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of August, 2008, at San Diego, California.

s/ A. Rick Atwood, Jr.<br>
A. RICK ATWOOD, JR.

S:\CasesSD\Jardin_Datallegro IP\MIS00053618-corrected amd cosbrf.doc

CORRECTED AMENDED CERTIFICATE OF SERVICE — - 1 - — 08-CV-1462-IEG-RBB

JARDIN-DATALLEGRO IP

Service List - 8/22/2008   (08-0158)

Page 1 of 1

### Counsel For Defendant(s)

Greg Williams
General Counsel
Datallegro, Inc.
85 Enterprise, 2nd Floor
Aliso Viejo, CA  92656

Stuart Frost
Pro Per
30 High Bluff
Laguna Niguel, CA  92656

### Counsel For Plaintiff(s)

John C. Herman
Ryan K. Walsh
E. Joseph Benz III
Coughlin Stoia Geller Rudman & Robbins LLP
3424 Peachtree Street, N.E., Suite 1650
Atlanta, GA  30326
　404/504-6500
　404/504-6501 (Fax)

Darren J. Robbins
Randall J. Baron
A. Rick Atwood
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
　619/231-1058
　619/231-7423 (Fax)