1  Juanita Brooks (CA Bar No. 75934)
2  Jason Wolff (CA Bar No. 215819)
   Seth Sproul (CA Bar No. 217711)
3  FISH & RICHARDSON P.C.
   12390 El Camino Real
4  San Diego, CA 92130
   Telephone: (858) 678-5070
5  Facsimile: (858) 678-5099
   Email: brooks@fr.com; wolff@fr.com; sproul@fr.com
6
7  Attorneys for Defendants
   DATALLEGRO, INC. and STUART FROST
8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11 | CARY A. JARDIN,                  | Case No.  08-CV-1462 IEG RBB
12 |                                  | Hon. Irma E. Gonzalez
   |         Plaintiff,               |
13 |                                  |
   |    v.                            | **DEFENDANTS' NOTICE OF
14 |                                  | APPEARANCE**
   | DATALLEGRO, INC. and STUART FROST,|
15 |                                  |
   |         Defendants.              |
16

17
18
19
20
21
22
23
24
25
26
27
28

                                                            **08CV1462 IEG RBB**

1  Defendants DATALLEGRO, INC. and STUART FROST hereby give notice that the
2  following counsel will appear in this action on their behalf:

3  Juanita Brooks (CA Bar No. 75934)
   Jason Wolff (CA Bar No. 215819)
4  Seth Sproul (CA Bar No. 217711)
   FISH & RICHARDSON P.C.
5  12390 El Camino Real
   San Diego, CA 92130
6  Telephone: (858) 678-5070
7  Facsimile: (858) 678-5099
   Email: brooks@fr.com; wolff@fr.com; sproul@fr.com
8

9

10
                                        Respectfully Submitted
11
                                        FISH & RICHARDSON P.C.
12
13 Dated: August 27, 2008               By: s/ Seth Sproul
                                        Juanita Brooks (CA Bar No. 75934)
14                                      Jason Wolff (CA Bar No. 215819)
                                        Seth Sproul (CA Bar No. 217711)
15                                      FISH & RICHARDSON P.C.
                                        12390 El Camino Real
16                                      San Diego, CA 92130
                                        Telephone: (858) 678-5070
17                                      Facsimile: (858) 678-5099
                                        Email: brooks@fr.com; wolff@fr.com;
18                                      sproul@fr.com
19                                      Attorneys for Defendants
20                                      DATALLEGRO, INC. and STUART O. FROST

21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 27, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

    s/ Seth Sproul
    Seth Sproul ((CA Bar No. 217711)
    sproul@fr.com
    Attorney for Defendants
    DATALLEGRO, INC. and STUART FROST

**08CV1462 IEG RBB**