1  Juanita Brooks (CA Bar No. 75934)
2  Jason Wolff (CA Bar No. 215819)
   Seth Sproul (CA Bar No. 217711)
3  FISH & RICHARDSON P.C.
   12390 El Camino Real
4  San Diego, CA 92130
   Telephone: (858) 678-5070
5  Facsimile: (858) 678-5099
   Email: brooks@fr.com; wolff@fr.com; sproul@fr.com
6
7  Attorneys for Defendants
   DATALLEGRO, INC. and STUART FROST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY A. JARDIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DATALLEGRO, INC. and STUART FROST,<br><br>　　　　　Defendants. | Case No. 08-CV-1462 IEG RBB<br>Hon. Irma E. Gonzalez<br><br>**DEFENDANTS' NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1 | Pursuant to F.R.Civ.Proc. 7.1 and L.R. 40.2, DATAllegro hereby discloses that it is a wholly owned subsidiary of Microsoft Corporation.

Respectfully Submitted

FISH & RICHARDSON P.C.

Dated: August 27, 2008

By: s/ Seth Sproul
Juanita Brooks (CA Bar No. 75934)
Jason Wolff (CA Bar No. 215819)
Seth Sproul (CA Bar No. 217711)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
Email: brooks@fr.com; wolff@fr.com; sproul@fr.com

Attorneys for Defendants
DATALLEGRO, INC. and STUART O. FROST

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 27, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

s/ Seth Sproul
Seth Sproul ((CA Bar No. 217711)
sproul@fr.com
Attorney for Defendants
DATALLEGRO, INC. and STUART FROST

**08CV1462 IEG RBB**