1  Juanita Brooks (CA Bar No. 75934)
2  Jason W. Wolff (CA Bar No. 215819)
   Seth M. Sproul (CA Bar No. 217711)
3  FISH & RICHARDSON P.C.
   12390 El Camino Real
4  San Diego, CA 92130
   Telephone: (858) 678-5070
5  Facsimile: (858) 678-5099
   Email: brooks@fr.com; wolff@fr.com; sproul@fr.com
6
7  Attorneys for Defendants
   DATALLEGRO, INC. and STUART FROST
8

9              UNITED STATES DISTRICT COURT
10             SOUTHERN DISTRICT OF CALIFORNIA

11 | CARY A. JARDIN,              | Case No.  08-CV-1462 IEG RBB
12 |                              | Hon. Irma E. Gonzalez
   |         Plaintiff,           |
13 |    v.                        | **NOTICE OF APPEARANCE**
14 | DATALLEGRO, INC. and STUART FROST, |
15 |         Defendants.          |

The attorney identified below enters his appearance in this matter as counsel of record for Defendants DATALLEGRO, INC. and STUART FROST, and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendants:

>Jason W. Wolff
>Fish & Richardson P.C.
>12390 El Camino Real
>San Diego, California 92130
>(858) 678-5070 Telephone
>(858) 678-5099 Facsimile
>
>E-mail:  wolff@fr.com

Dated: August 27, 2008                    Respectfully Submitted

FISH & RICHARDSON P.C.

By: /s/ Jason W. Wolff

Jason Wolff (CA Bar No. 215819)
Attorney for Defendants
DATALLEGRO, INC. and STUART FROST

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 28, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4. Any other counsel of record will be served by U.S. mail or hand delivery.

/s/ Jason W. Wolff
Jason W. Wolff
Attorney for Defendants
DATALLEGRO, INC. and STUART FROST