1  Juanita Brooks (SBN 75934/brooks@fr.com)
2  Jason W. Wolff (SBN 215819/wolff@fr.com)
   Seth M. Sproul (SBN 217711/sproul@fr.com)
3  Thomas N. Millikan (SBN 234430/millikan@fr.com)
   FISH & RICHARDSON P.C.
4  12390 El Camino Real
   San Diego, CA 92130
5  Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
6
7  Attorneys for Defendants
   DATALLEGRO, INC. and STUART FROST
8

9                    UNITED STATES DISTRICT COURT
10                   SOUTHERN DISTRICT OF CALIFORNIA

11  | CARY A. JARDIN,                      | Case No. 08-CV-1462 IEG RBB |
12  |                                       | Hon. Irma E. Gonzalez        |
    |            Plaintiff,                 |                              |
13  |       v.                              | **NOTICE OF APPEARANCE**     |
14  | DATALLEGRO, INC. and STUART FROST,    |                              |
15  |            Defendants.                |                              |

...

The attorney identified below enters his appearance in this matter as counsel of record for Defendants DATALLEGRO, INC. and STUART FROST, and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendants:

Thomas N. Millikan
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
(858) 678-5070 Telephone
(858) 678-5099 Facsimile

E-mail: millikan@fr.com

Dated: August 29, 2008

Respectfully Submitted

FISH & RICHARDSON P.C.

By: /s/ Thomas N. Millikan

Thomas N. Millikan (SBN 234430)
Attorney for Defendants
DATALLEGRO, INC. and STUART FROST

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 28, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4. Any other counsel of record will be served by U.S. mail or hand delivery.

/s/ Thomas N. Millikan
Thomas N. Millikan
Attorney for Defendants
DATALLEGRO, INC. and STUART FROST