COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Darren J. Robbins (SBN 168593/darrenr@csgrr.com)
Randall J. Baron (SBN 150796/randyb@csgrr.com)
A. Rick Atwood, Jr. (SBN 156529/ricka@csgrr.com)
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
         -and-
John C. Herman (jherman@csgrr.com)
Ryan K. Walsh (rwalsh@csgrr.com)
Joseph Benz III (jbenz@csgrr.com)
Jason S. Jackson (jjackson@csgrr.com)
3424 Peachtree Road, N.E.
Suite 1650
Atlanta, Georgia 30326
Telephone: (404) 504-6500
Facsimile: (404) 504-6501

Attorneys for Plaintiff
CARY A. JARDIN

Juanita R. Brooks (SBN 75934/brooks@fr.com)
Jason W. Wolff (SBN 215819/wolff@fr.com)
Seth M. Sproul (SBN 217711/sproul@fr.com)
Thomas N. Millikan (SBN 234430/millikan@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendants
DATALLEGRO, INC. and STUART FROST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY A. JARDIN,<br><br>            Plaintiff,<br><br>      v.<br><br>DATALLEGRO, INC. and STUART FROST,<br>            Defendants. | Case No. 08-CV-1462 IEG RBB<br>Hon. Irma E. Gonzalez<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DATALLEGRO, INC. AND STUART FROST TO RESPOND TO COMPLAINT** |

1  Pursuant to Civil Local Rule 12.1(a), the parties respectfully submit this joint motion to

2  request that the time for Datallegro, Inc. and Stuart Frost to answer or otherwise respond to the

3  complaint served by Cary A. Jardin, be extended by 20 days to September 22, 2008.

4  DATAllegro, Inc. was recently acquired by Microsoft, Corp.  Prior counsel, which jointly

5  represented DATAllegro, Inc and Stuart Frost, had to be substituted for new counsel, which made

6  its first appearance on August 27, 2008.  Additional time is necessary so that new counsel may

7  investigate the allegations in the complaint and prepare the response thereto.

8

9  NOW THEREFORE, Datallegro, Inc., Stuart Frost and plaintiff Cary A. Jardin request that

10  the Court enter an order extending the time for Datallegro, Inc. and Stuart Frost to answer or

11  otherwise respond to Plaintiff Cary A. Jardin's complaint until September 22, 2008.

12

13  Dated: August 29, 2008          **FISH & RICHARDSON P.C.**

14                                  By: /s/ Thomas N. Millikan

15                                  Thomas N. Millikan (SBN 234430)
                                    Attorney for Defendants
16                                  DATALLEGRO, INC. and STUART FROST

17  Dated: August 29, 2008          **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

18

19                                  By: /s/ A. Rick Atwood, Jr.

20                                  A. Rick Atwood, Jr. (SBN 156529)
                                    Attorney for Plaintiff
21                                  CARY A. JARDIN

22

23

24

25

26

27

28

Case No. 08-CV-1462 IEG RBB

1

2

## **CERTIFICATE OF SERVICE**

3        The undersigned hereby certifies that a true and correct copy of the above and foregoing

4   document has been served on August 28, 2008 to all counsel of record who are deemed to have

5   consented to electronic service via the Court's CM/ECF system per CivLR 5.4.  Any other counsel

6   of record will be served by U.S. mail or hand delivery.

7

8                                    /s/ Thomas N. Millikan
                                     Thomas N. Millikan
9                                    Attorney for Defendants
                                     DATALLEGRO, INC. and STUART FROST
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-CV-1462 IEG RBB