UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY A. JARDIN,<br><br>            Plaintiff,<br><br>     v.<br><br>DATALLEGRO, INC. and STUART FROST,<br><br>            Defendants. | Case No. 08-CV-1462 IEG RBB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DATALLEGRO, INC., AND STUART FROST TO RESPOND TO COMPLAINT** |

Having considered the Joint Motion for Extension of Time for Datallegro, Inc,. and Stuart Frost to Respond to Complaint filed by Plaintiff, Cary A. Jardin, and Defendants, Datallegro, Inc., and Stuart Frost, and GOOD CAUSE HAVING BEEN SHOWN, the Joint Motion for Extension of Time to Respond to Complaint is hereby GRANTED. Accordingly, the Court rules that Datallegro, Inc. and Stuart Frost will have until Monday, **September 22, 2008** in which to respond to Carry A. Jardin's Complaint.

**IT IS SO ORDERED.**

Dated: September 3, 2008

Honorable Irma E. Gonzalez
United States District Court Judge