1  Juanita R. Brooks (SBN 75934)
   Jason W. Wolff (SBN 215819)
2  Seth M. Sproul (SBN 217711)
   Thomas N. Millikan (SBN 234430)
3  FISH & RICHARDSON P.C.
   12390 El Camino Real
4  San Diego, CA 92130
   Telephone:  (858) 678-5070
5  Facsimile:  (858) 678-5099

6  Attorneys for Defendants
   DATALLEGRO, INC. and STUART FROST
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10 | CARY A. JARDIN, | Case No. 08-CV-01462-IEG (RBB) |

11 |          Plaintiff, | **NOTICE OF APPEARANCE OF JUANITA R. BROOKS** |

12 |     v. | |

13 | DATALLEGRO, INC. and STUART FROST, | |

14 |          Defendants. | **Chief Judge Irma E. Gonzalez Courtroom 1, 4th Floor** |

15

16      **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

17      **PLEASE TAKE NOTICE** that Juanita R. Brooks hereby enters an appearance as lead

18  counsel of record for Defendants DATALLEGRO, INC. and STUART FROST ("Defendants"),

19  and is authorized to receive service of all pleadings, notices, orders and other papers in the above-

20  captioned matter on behalf of Defendants at the following address:

21      Juanita R. Brooks
        Fish & Richardson P.C.
22      12390 El Camino Real
        San Diego, California  92130-2081
23      Telephone:    (858) 678-5070
        Facsimile:    (858) 678-5099
24      E-mail:       brooks@fr.com

25

26

27

28

                          1            Case No. 08-CV-01462-IEG (RBB)

1  Dated:  September 8, 2008                    FISH & RICHARDSON P.C.

2                                               By:  s/Juanita R. Brooks

3                                                    Juanita R. Brooks (SBN 75934)
                                                     E-mail:  brooks@fr.com

4                                               Attorneys for Defendants
                                                DATALLEGRO, INC. and STUART FROST
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2     The undersigned hereby certifies that a true and correct copy of the above and foregoing

3  document has been served on September 8, 2008 to all counsel of record who are deemed to have

4  consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d).  Any other

5  counsel of record will be served by U.S. mail or hand delivery.

6

7                                              By:  s/Juanita R. Brooks

8                                                    Juanita R. Brooks (SBN 75934)
                                                     E-mail:  brooks@fr.com

9                                              Attorneys for Defendants
                                               DATALLEGRO, INC. and STUART FROST
10

11  10868217.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     3              Case No. 08-CV-01462-IEG (RBB)