Juanita R. Brooks (SBN 75934)
Jason W. Wolff (SBN 215819)
Seth M. Sproul (SBN 217711)
Thomas N. Millikan (SBN 234430)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendants
DATALLEGRO, INC. and STUART FROST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY A. JARDIN,<br><br>    Plaintiff,<br><br>    v.<br><br>DATALLEGRO, INC. and STUART FROST,<br><br>    Defendants. | Case No. 08-CV-1462 IEG (RBB)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT AND TO DISMISS CERTAIN COUNTS AGAINST STUART FROST AND DATALLEGRO, INC.**<br><br>[DEMAND FOR JURY TRIAL]<br><br>Date:  November 7, 2008<br>Time:  10:30 a.m.<br>Place: Courtroom 1, 4th Floor<br><br>**Chief Judge Irma E. Gonzalez** |

1  TO PLAINTIFF CARY A. JARDIN AND TO HIS COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT on November 7, 2008, at 10:30 a.m., in Courtroom 1, 4th Floor of the above-entitled court before the Honorable Irma E. Gonzalez, Judge presiding, or as soon thereafter as it may be heard, Defendants DATALLEGRO, INC. and STUART FROST ("Defendants"), will, and hereby do, respectfully move the Court: (1) to strike paragraphs 9-12 and 18-20 of plaintiff's First Amended Verified Complaint under F.R.C.P. Rule 12(f); (2) to dismiss the counts of patent infringement and willful infringement against Stuart Frost under F.R.C.P. Rule 12(b)(6); and (3) to dismiss the second count of willful infringement against DATAllegro, Inc. under F.R.C.P. Rule 12(b)(6).

This motion is based upon the instant Motion and the supporting Memorandum of Points and Authorities filed concurrently herewith, the Federal Rules of Civil Procedure, the files and records in this action, and any and all matters, materials, and/or citations brought to the attention of the Court at or before the time of its decision on this motion.

Dated: September 22, 2008

FISH & RICHARDSON P.C.

By: s/Seth M. Sproul
Seth M. Sproul
E-mail: sproul@fr.com
Attorneys for Defendants
DATALLEGRO, INC. AND STUART FROST

1   Case No. 08-CV-01462-IEG (RBB)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 22, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d).  Any other counsel of record will be served by U.S. mail or hand delivery.

<pre>
                              By:  s/Seth M. Sproul
                                   Seth M. Sproul
                                   E-mail:  sproul@fr.com
                              Attorneys for Defendants
                              DATALLEGRO, INC. AND STUART FROST
</pre>

10870743.doc