# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Cary Jardin, | CASE NO. 08cv1462 - IEG - RBB |
| --- | --- |
| Plaintiff, | ORDER |
| vs. | (1) RESETTING HEARING DATE; |
| | (2) ORDERING REBRIEFING; |
| Datallegro, Inc. and Stuart Frost, | (3) SETTING BRIEFING SCHEDULE |
| Defendant. | |

The Court is presently considering Defendants' motion to strike pursuant to Federal Rule of Civil Procedure 12(f) and motion to dismiss pursuant to Rule12(b)(6). (Doc. No. 23.) Under Federal Rule of Civil Procedure 12(d):

> If, on a motion under Rule 12(b)(6) or Rule 12(c), matters outside the pleadings are presented . . . the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion.

Because defendants attached a copy of a settlement agreement to their moving papers, this is a matter outside the pleadings. The Court, therefore, must treat this motion as a motion for summary judgment under Rule 56. Further, the Court must give the parties a reasonable opportunity to present material pertinent to the motion.

Accordingly, the parties are ordered to rebrief the issue, treating the motion as a Rule 56 motion for summary judgment with regard to the Settlement Agreement. Defendants' brief is due on

1 or before <u>November 24, 2008</u>.  Plaintiff's opposition is due on or before <u>December 8, 2008.</u>
2 Defendants' reply is due <u>December 15, 2008</u>.  The hearing is moved from November 7, 2008 at 10:30
3 a.m. to <u>December 22, 2008 at 10:30 a.m.</u>

**IT IS SO ORDERED.**

DATED:  November 4, 2008

_____
IRMA E. GONZALEZ, Chief Judge
United States District Court