1 | Juanita R. Brooks (SBN 75934), brooks@fr.com
Jason W. Wolff (SBN 215819), wolff@fr.com
2 | Seth M. Sproul (SBN 217711), sproul@fr.com
Thomas N. Millikan (SBN 234430), millikan@fr.com
3 | FISH & RICHARDSON P.C.
12390 El Camino Real
4 | San Diego, CA 92130
Telephone: (858) 678-5070
5 | Facsimile: (858) 678-5099

6 | Attorneys for Defendants
DATALLEGRO, INC. and STUART FROST

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY A. JARDIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DATALLEGRO, INC. and STUART FROST,<br><br>　　　　Defendants. | Case No. 08-CV-1462 IEG (RBB)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT RE SETTLEMENT AGREEMENT [FED. R. CIV. P. 56]**<br><br>**[DEMAND FOR JURY TRIAL]**<br><br>Date:　December 22, 2008<br>Time:　10:30 a.m.<br>Place:　Courtroom 1, 4th Floor<br><br>Chief Judge Irma E. Gonzalez |

1    TO PLAINTIFF CARY A. JARDIN AND TO HIS COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT on December 22, 2008, at 10:30 a.m., in Courtroom 1, 4th Floor of the above-entitled court before the Honorable Irma E. Gonzalez, Judge presiding, or as soon thereafter as it may be heard, Defendants DATALLEGRO, INC. and STUART FROST ("Defendants"), will, and hereby do, respectfully move the Court for Summary Judgment with regard to the Settlement Agreement under Fed. R. Civ. P. 56.

This motion is based upon the instant Motion and the supporting Memorandum of Points and Authorities filed concurrently herewith, and Defendants' earlier filed Motion to Strike Portions of Plaintiff's Complaint and to Dismiss Plaintiff's First Amended Verified Complaint and to Dismiss Certain Counts Against Stuart Frost and DATAllegro, Inc. (Dkt. # 23) and Declaration of Seth M. Sproul in Support of Defendants' Motion to Strike Portions of Plaintiff's Complaint and to Dismiss Plaintiff's First Amended Verified Complaint and to Dismiss Certain Counts Against Stuart Frost and DATAllegro, Inc and its attached Exhibit 1 (filed under seal, *see* Dkt. # 25), the Federal Rules of Civil Procedure, the files and records in this action, and any and all matters, materials, and/or citations brought to the attention of the Court at or before the time of its decision on this motion.

Dated:  November 24, 2008        FISH & RICHARDSON P.C.

By:  *s/Seth M. Sproul*
Seth M. Sproul
E-mail: sproul@fr.com
Attorneys for Defendants
DATALLEGRO, INC. AND STUART FROST

1        Case No. 08-CV-01462-IEG (RBB)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 24, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d). Any other counsel of record will be served by U.S. mail.

_____
JoAnne M. Owens

10882737.doc