# Exhibit A

**EXHIBIT A TO
BILL OF COSTS**

**SERVICE OF PROCESS OF SUBPOENA AND SUBPOENA FEES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/17/2010 | PFI Process Servers - Service of Process of Subpoena on Knobbe Martens Olson & Bear LLP | 85.00 |
| 09/30/2010 | First Legal - Service of Process of Subpoena on Procopio, Cory, Hargreaves & Savitch LLP | 85.00 |
| 09/30/2010 | ABC Legal Services - Service of Process of Subpoena on Richard E. Campbell | 85.00 |
| | TOTAL | $255.00 |

# *PFI - Process Servers* - Process Service Invoice  Order# **8253604**

| 633 Yesler Way<br>Seattle, WA  98104<br>206 521-9000<br>800 736-7295 | 2927 Rockefeller<br>Everett, WA  98201<br>425 258-4591<br>800 869-7785 | 943 Tacoma Ave. S.<br>Tacoma, WA  98402<br>253 383-1791<br>800 736-7250 | 1001 North Third Avenue<br>Suite 7<br>Phoenix, AZ  85003<br>602 253-4563 | 120 Pear St NE<br>Olympia, WA  98506<br>360 754-6595<br>800 828-0199 |

Place or View Orders now at pfiserves.com    Fed Tax ID #91-1153514

| Firm | ABC Client# | Caller |
|---|---|---|
| **Fish & Richardson -Boston  (PFI)** | 104886 | **JANEL PEARSON** |

| Address | Email |
|---|---|
| **225 Franklin St Boston MA   02110** | |

| Case | Phone |
|---|---|
| CARY A. JARDIN v. DATALLEGRO, INC. AND STUART FROST | 617 368-217 |

| Cause Number | Client Reference Number | Order Date |
|---|---|---|
| 08-CV-1462-IEG | 23438-0002LL1 | Sep 17 2010  3:51PM |

Documents
LETTER; SUBPOENA TO PRODUCE DOCUMENTS,INFORMATION, OR OBJECTS OR TO PERMITINSPECTION OF PREMISES IN A CIVIL ACTION

*23438-0002LL1*

Servee: KNOBBE MARTENS OLSON & BEAR, LLP
Address: 12790 EL CAMINO REAL SAN DIEGO, CA 92130
Hearing date: 10/01/2010
Served on: Boris Zelkind Partner, A white male approx. 35-40 years of age 5'6"-5'8" in height weighing 160-180 lbs with brown hair on Sep 22 2010  8:50AM
Spec. handling: Personal service only
O.K. TO SERVE ON A PARTNER***PLEASE PULL DOCS ONLINE AND E-MAIL REPLY UPON RECIEPT THANK YOU****

09/22/10       Local Service Event: Served
09/22/10 08:50 (SVD PRI)
09/17/10       Work Order Received and Entered

|  |  |
|---|---|
| PFI SERVED | 85.00 |
| Subtotal | 85.00 |
| Sales Tax | |
| Total | **85.00** |
| Prepaid Amt | 0.00 |
| Amount Due | **85.00** |

**Statement Copy**       Nationwide Process Server to U.S. Dept of Justice and U.S. State Dept.

2010110400010585



**PFI** | PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   206 521-9000   fax: 800 734-6859

# PROCESS SERVICE INVOICE

Bill To:
Fish & Richardson -Boston (PFI)
225 Franklin St
Boston, MA 02110

Account #: 104886
Client Attn: ANDREA LANNO
Order Attn: JANEL PEARSON
Phone: 617 368--217

INVOICE #: 6206057
DATE: Sep 2 2010
BILL REF: 23438-0002LL1 MS/Jardin

**AMOUNT DUE : $85.00**

COURT: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA
CASE NAME: CARY A. JARDIN vs. DATALLEGRO, INC., AND STUART FROST
CASE NUMBER: 08-CV-1462-IEG
SERVEE: PROCOIO, CORY, HARGREAVES & SAVITCH, LLP
HEARING DATE: Sep 24 2010
PERSON SERVED: Richard Cambell Esq., A white male approx. 45-55 years of age 5'8"-5'10" in height weighing 140-160 lbs with brown hair
SERVICE DATE: Aug 26 2010 2:21PM   SERVED BY: A. Klomp
SERVICE ADDRESS: 525 B ST SUITE 2200 SAN DIEGO, CA 92101
DOCUMENTS: LETTER; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

SERVICE NOTE

BAD ADDRESS LIST

INVESTIGATION STATUS:

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| PFI SERVED | | |
| | | 85.00 |
| | SUB TOTAL | 85.00 |
| | PREPAID RETAINER | 0.00 |
| | AMOUNT DUE | 85.00 |

Documents are served in accordance with and pursuant to: the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV



633 Yesler Way Seattle, WA 98104 www.abclegal.com
206-521-9000 Fax: 206-625-9247

# PROCESS SERVICE INVOICE

Bill To:
**Fish & Richardson -Boston (PFI)**
225 Franklin St
Boston, MA 02110

Client Attn: ~~ANDREA CANINO~~
Order Attn: JANEL PEARSON  Fax: -
Account #: 104886  Phone: 617 368--217

INVOICE #: **8199047**

DATE: Sep 30 2010
BILL REF: 23438-0002LL1 MS/Jardin

**AMOUNT DUE : $85.00**

*23438-0002cc1*

| | |
|---|---|
| CASE NAME: | CARY A. JARDIN vs. DATALLEGRO, INC., AND STUART FROST |
| SERVEE: | RICHARD E CAMPBELL |
| PERSON SERVED: | RICHARD E CAMPBELL NAMED DEFENDANT, A white male approx. 55-65 years of age 5'8"-5'10" in height weighing 140-160 lbs with brown hair |
| SERVICE DATE: | Aug 26 2010 2:21PM  SERVED BY: A. Klomp |
| SERVICE ADDRESS: | 525 B ST SUITE 2200 SAN DIEGO, CA 92101 |
| DOCUMENTS SERVED: | LETTER; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |

**SERVICE HISTORY**
08/26/2010  Local Service Event: Served  08/26/10 14:21 (SVD PRI)
08/26/2010  Work Order Received and Entered

**SERVICE NOTE**  **BAD ADDRESS LIST**

**INVESTIGATION STATUS:**
:

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| PFI SERVED | | 85.00 |
| | SUB TOTAL | 85.00 |
| | PREPAID RETAINER | 0.00 |
| | **AMOUNT DUE** | **85.00** |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

**OFFICAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.**  Page 1 of 1

2010110400010583