

**EXHIBIT B TO
BILL OF COSTS**

**COURT REPORTERS INVOICES**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/30/2010 | Veritext – Philip Greenspun, Ph.D. | 2,127.50 |
| 03/23/2011 | Esquire – Jesse Fountain | 935.95 |
| 03/24/2011 | Esquire – John Devolities | 1,501.16 |
| 03/24/2011 | Esquire – David Corley | 873.34 |
| 02/21/2011 | Esquire – Brian Jew, Vol. 2 | 791.25 |
| 01/07/2011 | Esquire – Stuart Frost | 2,106.00 |
| 11/30/2010 | Esquire – Brian Jew Vol. 1 | 1,450.25 |
| 11/27/2010 | Veritext – Cary Jardin | 3,403.75 |
| 08/24/2010 | Veritext – Thomas Clancy | 1,106.10 |
| 08/17/2010 | Barkley - Carl Gelbart | 833.66 |
| 04/26/2011 | Esquire – Eric Kraemer | 1,610.25 |
| 04/20/2011 | Esquire – Theodore Rudman | 651.10 |
| 04/20/2011 | Esquire – Roland Sauer | 898.25 |
| 04/04/2011 | Veritext – Barry Zane | 788.20 |
| 03/18/2011 | Veritext – Richard Campbell | 1,057.90 |
|  | TOTAL | $20,134.66 |

# INVOICE

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

**Bill To:** Jason Wolff, Esq.
Fish & Richardson PC
12390 El Camino Real
San Diego, CA 92130

**Invoice #:** SD65316
**Invoice Date:** 07/30/2010
**Balance Due:** $ 2,127.50

**Case:** Cary A. Jardin v. DATAllegro, Inc. and Stuart O. Frost
**Job #:** 58017 | Job Date: 07/23/2010 | Delivery: Expedited
**Billing Atty:** Jason Wolff, Esq.
**Location:** Fish & Richardson P.C.
225 Franklin Street | Boston, MA 02110
**Sched Atty:** Jason W. Wolff | Fish & Richardson P.C.

**Billing #** 23438-0002LL1

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Philip Greenspun, Ph.D. | Original & 1 Certified Transcript | Page | 200.00 | $8.55 | $1,710.00 |
| 2 | | Transcript - Rough ASCII | Page | 200.00 | $1.25 | $250.00 |
| 3 | | Exhibits | per page | 150.00 | $0.45 | $67.50 |
| 4 | | CD Depo w/ LEF | | 1.00 | $50.00 | $50.00 |
| 5 | | Transcript Handling | | 1.00 | $25.00 | $25.00 |
| 6 | | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

**Invoice Total:** $2,127.50
**Payment:**
**Credit:**
**Interest:** $0.00
**Balance Due:** $2,127.50

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SD65316
**Job #:** 58017
**Invoice Date:** 07/30/2010
**Balance:** $2,127.50

**Please remit payment to:**
3090 Bristol Street, Suite 190
Costa Mesa, California 92626


**ESQUIRE**
Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 300-1214
Fax (866) 590-3205

E#



*Contact: JoAnne Owens*

### Invoice # PL285894

| Invoice Date | 03/24/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 04/23/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SETH SPROUL ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/04/2011 | JARDIN vs. DATALLEGRO | 376063 | 03/18/2011 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 03/04/2011, JESSE FOUNTAIN (CORONA DEL MAR, CA) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 555.00 |
|    EXHIBITS | $ 147.95 |
|    COPY HANDLING FEE | $ 25.00 |
|    ROUGH DRAFT | $ 175.00 |
| | $ 902.95 |
|    DEL-STANDARD | $ 33.00 |
| | $ 33.00 |

\*\*\*ROUGH DRAFT PROVIDED\*\*\*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 05/08/2011** | **$ 935.95** |
| Amount Due After 05/08/2011 | $ 1,029.55 |

Tax Number: 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**


**ESQUIRE**
an Alexander Gallo Company


VISA MasterCard DISCOVER AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL285894 |
| Payment Due: | 04/23/2011 |
| **Amount Due On/Before 05/08/2011** | **$ 935.95** |
| Amount Due After 05/08/2011 | $ 1,029.55 |

SETH SPROUL ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012 0000285894 03242011 9 000093595 2 04232011 05082011 2 000102955 99



**ESQUIRE**
Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 300-1214
Fax (866) 590-3205



Contact: JoAnne Owens

~~SETH SPROUL, ESQ.~~
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

## Invoice # PL285864

| Invoice Date | 03/24/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 04/23/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/09/2011 | JARDIN vs. DATALLEGRO | 377661 | 03/15/2011 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 03/09/2011, JOHN DEVOLITES (VIENNA, VA) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 1,061.01 |
| EXHIBITS | $ 158.25 |
| ROUGH DRAFT | $ 239.40 |
| COPY HANDLING FEE | $ 25.00 |
| | $ 1,483.66 |
| Services Provided on 03/09/2011, DAVID CORLEY (VIENNA, VA) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 594.54 |
| EXHIBITS | $ 106.70 |
| COPY HANDLING FEE | $ 25.00 |
| ROUGH DRAFT | $ 129.60 |
| | $ 855.84 |
| DEL-STANDARD | $ 35.00 |
| | $ 35.00 |

### CONTINUED ON NEXT PAGE ...

Tax Number: 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



 

| | |
|---|---|
| Invoice #: | PL285864 |
| Payment Due: | 04/23/2011 |
| **Amount Due On/Before 05/08/2011** | **$ 2,374.50** |
| Amount Due After 05/08/2011 | $ 2,611.95 |

SETH SPROUL ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012 0000285864 03242011 5 000237450 1 04232011 05082011 2 000261195 56




**ESQUIRE**
Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

*an Alexander Gallo Company*

**Remit to:**
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 300-1214
Fax (866) 590-3205



## Invoice # PL285864

| Invoice Date | 03/24/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 04/23/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SETH SPROUL ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/09/2011 | JARDIN vs. DATALLEGRO | 377661 | 03/15/2011 | UPS |

| Description | Amount |
|---|---|

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 2-DAY EXPEDITED RATE.*
***ROUGH DRAFT PROVIDED***

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 05/08/2011** | **$ 2,374.50** |
| Amount Due After 05/08/2011 | $ 2,611.95 |

Tax Number: 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | PL285864 |
| Payment Due: | 04/23/2011 |
| **Amount Due On/Before 05/08/2011** | **$ 2,374.50** |
| Amount Due After 05/08/2011 | $ 2,611.95 |


**ESQUIRE**

*an Alexander Gallo Company*

SETH SPROUL ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012 0000285864 03242011 5 000237450 1 04232011 05082011 2 000261195 56




Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 300-1214
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

### Invoice # PL281542

| Invoice Date | 02/21/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 03/23/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JASON WOLFF ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/04/2011 | JARDIN vs. DATALLEGRO | 371087 | 02/08/2011 | AMS-ECONOMY |

| Description | Amount |
|---|---|
| Services Provided on 02/04/2011, BRIAN JEW (CORONA DEL MAR, CA) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 559.50 |
|    EXHIBITS | $ 0.00 |
|    COPY HANDLING FEE | $ 25.00 |
|    FLAT FEE EXHIBITS | $ 35.00 |
| | $ 619.50 |
| Services Provided on 02/04/2011, BRIAN JEW (CORONA DEL MAR, CA) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 115.00 |
|    COPY HANDLING FEE | $ 25.00 |
| | $ 140.00 |
|    DEL-STANDARD | $ 31.75 |
| | $ 31.75 |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 04/07/2011** | **$ 791.25** |
| Amount Due After 04/07/2011 | $ 870.38 |

Tax Number: 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



JASON WOLFF ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

| | |
|---|---|
| Invoice #: | PL281542 |
| Payment Due: | 03/23/2011 |
| **Amount Due On/Before 04/07/2011** | **$ 791.25** |
| Amount Due After 04/07/2011 | $ 870.38 |

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012  0000281542  02212011  3  000079125  3  03232011  04072011  5  000087038  45




Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 300-1214
Fax (866) 590-3205

### Invoice # PL275138



JASON WOLFF ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

| Invoice Date | 01/07/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 02/06/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/07/2010 | JARDIN vs. DATALLEGRO | 361968 | 12/22/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 12/07/2010, STUART FROST (CORONA DEL MAR, CA) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 335.50 |
|    EXHIBITS | $ 254.50 |
|    COPY HANDLING FEE | $ 25.00 |
|    ROUGH DRAFT | $ 97.50 |
| | $ 712.50 |
| Services Provided on 12/07/2010, STUART FROST (CORONA DEL MAR, CA) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 1,000.50 |
|    COPY HANDLING FEE | $ 25.00 |
|    ROUGH DRAFT | $ 333.00 |
| | $ 1,358.50 |
|    DEL-STANDARD | $ 35.00 |
| | $ 35.00 |

**CONTINUED ON NEXT PAGE ...**

Tax Number: 20-4667049

--- 

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 

| | Invoice #: | PL275138 |
|---|---|---|
| | Payment Due: | 02/06/2011 |
| **Amount Due On/Before 02/21/2011** | | **$ 2,106.00** |
| Amount Due After 02/21/2011 | | $ 2,316.60 |

JASON WOLFF ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012 0000275138 01072011 9 000210600 0 02062011 02212011 7 000231660 62




Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 300-1214
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

### Invoice # PL275138

JASON WOLFF ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

| Invoice Date | 01/07/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 02/06/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/07/2010 | JARDIN vs. DATALLEGRO | 361968 | 12/22/2010 | UPS |

| Description | Amount |
|---|---|

***ROUGH DRAFT PROVIDED***

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 02/21/2011** | **$ 2,106.00** |
| Amount Due After 02/21/2011 | $ 2,316.60 |

Tax Number: 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**




| | |
|---|---|
| Invoice #: | PL275138 |
| Payment Due: | 02/06/2011 |
| **Amount Due On/Before 02/21/2011** | **$ 2,106.00** |
| Amount Due After 02/21/2011 | $ 2,316.60 |

JASON WOLFF ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012 0000275138 01072011 9 000210600 0 02062011 02212011 7 000231660 62



ESQUIRE

Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



ESQUIRE
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 300-1214
Fax (866) 590-3205



### Invoice # PL268963

| Invoice Date | 11/30/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/01/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JASON WOLFF ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/10/2010 | JARDIN vs. DATALLEGRO | 354905 | 11/24/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 11/10/2010, BRIAN JEW (CORONA DEL MAR, CA) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 958.50 |
|    EXHIBITS | $ 168.75 |
|    COPY HANDLING FEE | $ 25.00 |
|    ROUGH DRAFT | $ 263.75 |
| | $ 1,416.00 |
|    DEL-STANDARD | $ 34.25 |
| | $ 34.25 |

\*\*\*ROUGH DRAFT PROVIDED\*\*\*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/16/2011** | **$ 1,450.25** |
| Amount Due After 01/16/2011 | $ 1,595.28 |

Tax Number: 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



ESQUIRE
an Alexander Gallo Company

 

| | |
|---|---|
| Invoice #: | PL268963 |
| Payment Due: | 01/01/2011 |
| **Amount Due On/Before 01/16/2011** | **$ 1,450.25** |
| Amount Due After 01/16/2011 | $ 1,595.28 |

JASON WOLFF ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012 000268963 11302010 3 000145025 9 01012011 01162011 2 000159528 06

# INVOICE

LQM  
JYW

**Veritext San Diego Reporting Co.**  
**A Veritext Company**  
402 W Broadway Suite 700  
San Diego, CA 92101  
Tel. (877) 207.0062  Fax. 213-623-5007

**Bill To:** Jason W. Wolff  
Fish & Richardson PC  
12390 El Camino Real  
San Diego, CA 92130

**Invoice #:** SD73396  
**Invoice Date:** 11/27/2010  
**Balance Due:** $ 3,403.75

**Case:** Cary A. Jardin v. DATAllegro, Inc. and Stuart Frost  
**Job #:** 64056 | **Job Date:** 11/11/2010 | **Delivery:** Normal  
**Billing Atty:** Jason W. Wolff  
**Location:** Robbins Geller Rudman & Dowd LLP  
655 West Broadway, Suite 1900 | San Diego, CA 92101  
**Sched Atty:** Jason Wolff, Esq. | Fish & Richardson PC

**Billing #** 23438-0002LL1

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Cary Jardin | Original & 1 Certified Transcript | Page | 470.00 | $4.25 | $1,997.50 |
| 2 | | Attendance - hourly | Hour | 8.00 | $40.00 | $320.00 |
| 3 | | Transcript - Rough ASCII | Page | 470.00 | $1.25 | $587.50 |
| 4 | | Exhibits | per page | 355.00 | $0.45 | $159.75 |
| 5 | | CD Depo w/ LEF | | 1.00 | $50.00 | $50.00 |
| 6 | | Attendance - Night | 1 | 3.50 | $60.00 | $210.00 |
| 7 | | Transcript Handling | | 1.00 | $25.00 | $25.00 |
| 8 | | Shipping | Package | 1.00 | $25.00 | $25.00 |
| 9 | | Expenses - parking fees | | 1.00 | $29.00 | $29.00 |

**Notes:**

**Invoice Total:** $3,403.75  
**Payment:**  
**Credit:**  
**Interest:** $0.00  
**Balance Due:** $3,403.75

Fed. Tax ID: 20-3132569  
Please tear Terms:uNet 30 return with payment.

TERMS Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **Veritext**  
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____  
SIGNATURE (AS IT APPEARS ON CREDIT CARD)  
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SD73396  
**Job #:** 64056  
**Invoice Date:** 11/27/2010  
**Balance:** $3,403.75

Please remit payment to:  
3090 Bristol Street, Suite 190  
Costa Mesa, California 92626

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

## Veritext San Diego Reporting Co.
## A Veritext Company

402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

**Bill To:** Jason W. Wolff
Fish & Richardson PC
12390 El Camino Real
San Diego, CA 92130

**Invoice #:** SD66532
**Invoice Date:** 08/24/2010
**Balance Due:** $ 1,106.10

**Case:** Cary A. Jardin v. DATAllegro, Inc. and Stuart O. Frost
**Job #:** 58171 | **Job Date:** 08/05/2010 | **Delivery:** Normal
**Billing Atty:** Jason W. Wolff
**Location:** Fish & Richardson P.C. - San Diego
12390 El Camino Real | San Diego, CA 92130
**Sched Atty:** Jason W. Wolff | Fish & Richardson P.C.

**Billing #** 23438-0002LL1

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Thomas Clancy | Original & 1 Certified Transcript | Page | 153.00 | $4.25 | $650.25 |
| 2 | | Attendance - hourly | Hour | 4.25 | $40.00 | $170.00 |
| 3 | | Exhibits | per page | 413.00 | $0.45 | $185.85 |
| 4 | | CD Depo w/ LEF | | 1.00 | $50.00 | $50.00 |
| 5 | | Transcript Handling | | 1.00 | $25.00 | $25.00 |
| 6 | | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,106.10 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,106.10 |

Fed. Tax ID: 20-3132569     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

*Please tear off stub and return with payment.*

**Make check payable to:** Veritext

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SD66532
**Job #:** 58171
**Invoice Date:** 08/24/2010
**Balance:** $1,106.10

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 393554 | 8/17/2010 | 305855 |
| Job Date | Case No. | |
| 8/4/2010 | 08CV1462IEG (WVG) | |
| Case Name | | |
| Cary Jardine v. Datallegio Inc. | | |
| Payment Terms | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Jason W. Wolff
Fish & Richardson
12390 El Camino Real
San Diego CA 92130

1 Certified Copy/Index transcript of deposition of:
  Carl Gelbart                                                                 833.66

**TOTAL DUE >>>**                                                              $833.66

**Tax ID:** 95-3312349                                          Phone: (858) 678-5070    Fax:

*Please detach bottom portion and return with payment.*

Jason W. Wolff
Fish & Richardson
12390 El Camino Real
San Diego CA 92130

Job No.     : 305855          BU ID      :.BCR - OC
Case No.    : 08CV1462IEG (WVG)
Case Name   : Cary Jardine v. Datallegio Inc.

Invoice No. : 393554          Invoice Date : 8/17/2010
**Total Due : $ 833.66**

Remit To:  **Barkley Court Reporters**
           **File No 50217**
           **Los Angeles CA  90074**

**PAYMENT WITH CREDIT CARD**    AMEX  [  ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____    Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____


Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


ESQUIRE
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 300-1214
Fax (866) 590-3205



*Contact: JoAnne Owens*

~~SETH SPROUL, ESQ.~~
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

## Invoice # PL291336

| Invoice Date | 04/26/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 05/26/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/18/2011 | JARDIN vs. DATALLEGRO | 379737 | 04/04/2011 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 03/18/2011, ERIC KRAEMER (CORONA DEL MAR, CA) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 1,073.00 |
|    EXHIBITS | $ 123.75 |
|    COPY HANDLING FEE | $ 25.00 |
|    ROUGH DRAFT | $ 355.50 |
| | $ 1,577.25 |
|    DEL-STANDARD | $ 33.00 |
| | $ 33.00 |

\*\*\*ROUGH DRAFT PROVIDED\*\*\*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/10/2011** | **$ 1,610.25** |
| Amount Due After 06/10/2011 | $ 1,771.28 |

Tax Number: 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



ESQUIRE
an Alexander Gallo Company

| | |
|---|---|
| Invoice #: | PL291336 |
| Payment Due: | 05/26/2011 |
| **Amount Due On/Before 06/10/2011** | **$ 1,610.25** |
| Amount Due After 06/10/2011 | $ 1,771.28 |

SETH SPROUL ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012 0000291336 04262011 7 000161025 5 05262011 06102011 8 000177128 94





ESQUIRE
Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Remit to:
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 300-1214
Fax (866) 590-3205

*JoAnne Owens*

SETH SPROUL ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

## Invoice # PL290402

| Invoice Date | 04/20/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 05/20/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/15/2011 | JARDIN vs. DATALLEGRO | 379082 | 03/31/2011 | UPS |

| Description | Amount |
|---|---:|
| Services Provided on 03/15/2011, THEODORE RUDMAN (HOFFMAN ESTATES, IL) | |
|     ONE COPY OF TRANSCRIPT PACKAGE | $ 447.60 |
|     EXHIBITS | $ 24.75 |
|     ROUGH DRAFT | $ 136.25 |
|     COPY HANDLING FEE | $ 25.00 |
| | $ 633.60 |
| Services Provided on 03/15/2011, ROLAND SAUER (HOFFMAN ESTATES, IL) | |
|     ONE COPY OF TRANSCRIPT PACKAGE | $ 319.50 |
|     VIDEO | $ 420.00 |
|     ROUGH DRAFT | $ 91.25 |
|     COPY HANDLING FEE | $ 25.00 |
|     VIDEO HANDLING | $ 25.00 |
| | $ 880.75 |
| DEL-STANDARD | $ 35.00 |
| | $ 35.00 |

**CONTINUED ON NEXT PAGE ...**

Tax Number: 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**




| | |
|---|---:|
| Invoice #: | PL290402 |
| Payment Due: | 05/20/2011 |
| **Amount Due On/Before 06/04/2011** | **$ 1,549.35** |
| Amount Due After 06/04/2011 | $ 1,704.29 |

SETH SPROUL ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

Remit to:
Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012 0000290402 04202011 1 000154935 5 05202011 06042011 6 000170429 99




Esquire Solutions - San Diego
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Toll Free (800) 300-1214
Fax (866) 590-3205



## Invoice # PL290402

| Invoice Date | 04/20/2011 |
|---|---|
| Terms | NET 45 |
| Payment Due | 05/20/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SETH SPROUL ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/15/2011 | JARDIN vs. DATALLEGRO | 379082 | 03/31/2011 | UPS |

| Description | Amount |
|---|---|

***ROUGH DRAFT PROVIDED***

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/04/2011** | **$ 1,549.35** |
| Amount Due After 06/04/2011 | $ 1,704.29 |

Tax Number: 20-4667049

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**





| | |
|---|---|
| Invoice #: | PL290402 |
| Payment Due: | 05/20/2011 |
| **Amount Due On/Before 06/04/2011** | **$ 1,549.35** |
| Amount Due After 06/04/2011 | $ 1,704.29 |

SETH SPROUL ,ESQ.
FISH & RICHARDSON, PC - SAN DIEGO
12390 EL CAMINO REAL
SAN DIEGO, CA 92130

**Remit to:**

Esquire Deposition Solutions
PO Box 79509
City of Industry CA 91716-9509
www.esquiresolutions.com

Thank you for your business!

012 0000290402 04202011 1 000154935 5 05202011 06042011 6 000170429 99

# INVOICE

**Veritext San Diego Reporting Co.**
**A Veritext Company**
402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

**Bill To:** Jason W. Wolff
Fish & Richardson PC
12390 El Camino Real
San Diego, CA 92130

**Invoice #:** SD83591
**Invoice Date:** 04/04/2011
**Balance Due:** $ 788.20

| | |
|---|---|
| **Case:** | Cary A. Jardin v. DATAllegro, Inc. and Stuart Frost |
| **Job #:** | 72021 \| Job Date: 03/17/2011 \| Delivery: Normal |
| **Billing Atty:** | Jason W. Wolff |
| **Location:** | Fish & Richardson P.C. - San Diego  12390 El Camino Real \| San Diego, CA 92130 |
| **Sched Atty:** | Seth M. Sproul, Esq. |

**Billing #**

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Barry Zane, Vol. I | Original & 1 Certified Transcript | Page | 124.00 | $3.75 | $465.00 |
| 2 | | Attendance - hourly | Hour | 4.00 | $40.00 | $160.00 |
| 3 | | Exhibits | per page | 136.00 | $0.45 | $61.20 |
| 4 | | CD Depo w/ LEF | | 1.00 | $52.00 | $52.00 |
| 5 | | Transcript Handling | | 1.00 | $25.00 | $25.00 |
| 6 | | Shipping | Package | 1.00 | $25.00 | $25.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $788.20 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $788.20 |

Fed. Tax ID: 20-3132569        Term: Net 30

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

*Please tear off stub and return with payment.*

**Make check payable to:** Veritext
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SD83591
**Job #:** 72021
**Invoice Date:** 04/04/2011
**Balance :** $788.20

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

For more information on charges related to our services please consult   www.veritext.com/serviceinfo

# INVOICE

## Veritext San Diego Reporting Co.
### A Veritext Company
402 W Broadway Suite 700
San Diego, CA 92101
Tel. (877) 207.0062  Fax. 213-623-5007

**Bill To:** Enrique D. Duarte
Fish & Richardson PC
500 Arguello Street
Suite 500
Redwood City, CA 94063-1526

**Invoice #:** SD82129
**Invoice Date:** 03/18/2011
**Balance Due:** $ 1,057.90

**Case:** Cary A. Jardin v. DATAllegro, Inc. and Stuart Frost
**Job #:** 70893 | **Job Date:** 03/01/2011 | **Delivery:** Normal
**Billing Atty:** Enrique D. Duarte
**Location:** Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900 | San Diego, CA 92101
**Sched Atty:** Enrique D. Duarte | Fish & Richardson PC Silicon Valley

**Billing #** 23438-0002LL1

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Richard Campbell, Esq. | Original & 1 Certified Transcript | Page | 103.00 | $4.25 | $437.75 |
| 2 | | Attendance - hourly | Hour | 3.00 | $40.00 | $120.00 |
| 3 | | Exhibits | per page | 827.00 | $0.45 | $372.15 |
| 4 | | CD Depo w/ LEF | | 1.00 | $50.00 | $50.00 |
| 5 | | Transcript Handling | | 1.00 | $25.00 | $25.00 |
| 6 | | Shipping | Package | 1.00 | $25.00 | $25.00 |
| 7 | | Expenses - parking fees | | 1.00 | $28.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,057.90 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,057.90 |

Fed. Tax ID: 20-3132569   Term: Net 30

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SD82129
**Job #:** 70893
**Invoice Date:** 03/18/2011
**Balance:** $1,057.90

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

For more information on charges related to our services please consult  www.veritext.com/serviceinfo