# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jardin,<br><br>                 Plaintiff,<br><br>  vs.<br><br>Datallegro Inc, et al.,<br><br>                 Defendants. | CASE NO. 08cv1462-IEG(WVG)<br><br>**ORDER TAXING COSTS** |

Upon application of defendant Datallegro Inc and Counter Claimant Datallegro Inc., a hearing for taxation of costs was held on July 11, 2011 at 10:00 am. Regis Worley Jr. And Cody R. LeJeune representing plaintiffs, and Enrique Duarte for Datallegro Inc., representing defendants, appeared.

Plaintiff objected to all costs being taxed because the litigation involved close calls of complex legal and technical issues, as well as the significant disparity of the parties' resources. These objections are denied.

"Court Reporter Fees" - The costs requested on various invoices for "Rough Draft", "CD Depo", "Rough ASCI", "Video" and "Video handling" are denied. Total of charges denied: $3,355.75.

"Exemplification and costs of making copies" - In the supplemental brief filed by defendant on August 1, 2011, an explanation was provided as to why on some of these invoices there were references to Tier 1, Tier 2 and Tier 3 technicians, all charged at the same rate. This supplemental brief also explained the "Project Management" charges included on most of these invoices. Plaintiff does amend

//

1  their requested amount of $59,359.53 to $59,112.24 in this supplemental brief. The Tier 1, 2 and 3
2  amounts along with the project management amounts are taxable.
3  Costs are taxed as follows:

| Description | Amount(s) Requested | Amount(s) Taxed |
|---|---:|---:|
| Fees of the clerk | | |
| Fees for service of summons and subpoenas | $225.00 | $225.00 |
| Fees of the court reporter | $20,134.66 | $16,778.91 |
| Fees and disbursements for printing | | |
| Fees for witnesses | | |
| Fees for exemplification and copies | $38,969.87 | $38,722.58 |
| Docket fees under 28 U.S.C. § 1923 | | |
| Costs incident to taking of depositions | | |
| Costs as shown on mandate of Court of Appeals | | |
| Other costs as itemized: | | |
| **TOTAL COSTS TAXED** in favor of defendant/CounterClaimant Datallegro Inc | $59,359.53 | $55,726.49 |

18  Counsel's attention is called to Local Rule 54.1.h which provides in part that a motion to re-tax
19  by any party, in accordance with Rule 54(d), FRCivP and Local Rule 7.1, shall be served and filed
20  within seven (7) days after receipt of the Order Taxing Costs, or unless within the seven (7) day period
21  the court permits the motion to be made orally.

22  Dated: August 1, 2011

W. Samuel Hamrick, Jr., Clerk of Court

*S/ N. Prewitt*
Nancy S Prewitt, CRD Supervisor

26  cc:   All Parties